672

No. 874. WELBORN ET AL., TRUSTEES, ET AL. *v.* BURNS TRADING Co. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. William V. Hodges* for petitioners. *Messrs. David P. Strickler* and *Ben S. Wendelken* for respondent.

No. 889. NATIONAL CASKET Co. *v.* UNITED STATES. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John E. Hughes, Richard T. Green,* and *James L. Dohr* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Joseph M. Jones* for the United States.

No. 893. Fox *v.* CAPITAL COMPANY. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin Reass* for petitioner. *Messrs. Frederick H. Wood, William D. Whitney,* and *Samuel B. Stewart, Jr.,* for respondent.

No. 899. CAMDEN FIRE INSURANCE ASSN. *v.* MARTIN. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Samuel Levin* for petitioner. *Mr. Charles S. Deneen* for respondent.

No. 900. ENSMINGER *v.* LEHIGH VALLEY R. Co. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr.*